IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Britney Bolton, et al., | No. CV-16-00977-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Associated Thoracic & Cardiovascular Surgeons Limited, et al., | |
| Defendants. | |

On October 21, 2016 this Court issued an Order staying this case until April 17, 2017 because of Defendants Associated Thoracic and Cardiovascular Surgeons, Ltd and Herman Pang, M.D.'s bankruptcy filing. The parties were advised that the case would be dismissed as to Defendants Associated Thoracic and Cardiovascular Surgeons, Ltd and Herman Pang, M.D. on April 17, 2017 unless a motion to continue the stay was filed or the Court was advised that the bankruptcy stay had been lifted and counsel were ready to proceed with this case. As of the date of this order no motion to continue has been filed.

**IT IS ORDERED** dismissing this case as to Defendants Associated Thoracic and Cardiovascular Surgeons, Ltd and Herman Pang, M.D. without prejudice.

Dated this 21st day of April, 2017.

_____
Susan R. Bolton
United States District Judge